

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of C.R.M., a child

No. 11-22-00055-CV

* From the 446th District Court
of Ector County,
Trial Court No. E-20-100-PC.

* May 12, 2022

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.